**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GORDON FOLKES,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:13-cv-1456-Orl-28GJK**

**COLLECTO, INC.,**

    **Defendant.**
_____

# ORDER

In light of the parties' filing of a Stipulation of Dismissal without Prejudice (Doc. 24), the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 17th day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record